FILED

# United States District Court

APR 2 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____**MIDDLE**_____ DISTRICT OF _____**ALABAMA**_____

**In the Matter of the Search of**
(Name, address or Brief description of property or premises to be searched)

Any and All Funds in Savings Account
Number 88880-0 at Mutual Savings
Credit Union of Clanton Alabama in
the name of James C. Talley, Jr.

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER: 2:06mj43-SRW

I <u>Jonathan Benson,</u> being duly sworn depose and say:

**I am a Task Force Agent with the Drug Enforcement Administration and have reason to believe that in the
Middle District of Alabama there is now certain property which is subject to forfeiture to the United States,
namely** (describe the property to be seized)

Any and All Funds in Savings Account Number 88880-0 at the Mutual Savings
Credit Union of Clanton, Alabama, in the name of James C. Talley, Jr.

**which was** (state one or more bases for seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

the fruits of criminal acts in violation of Title 21, United States Code, more specifically,

**concerning a violation of Title <u>21</u> United States Code, Section 841 et seq.
The facts to support a finding of Probable Cause are as follows:**

PLEASE SEE ATTACHED AFFIDAVIT OF JONATHAN BENSON.

**Continued on the attached sheet and made a part hereof.      X  Yes __ No**

**Signature of Affiant**

**Sworn to before me, and subscribed in my presence**

_____**Date  April 14, 2006**_____          at    ____**Montgomery, Alabama**____
                                                        **City and State**

___**Susan Russ Walker, Magistrate Judge**___
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, Jonathan Benson, being duly sworn on oath, depose and state that:

1.    I am a Task Force Agent for the Drug Enforcement Administration (DEA) assigned to the Montgomery District Office in Montgomery, Alabama.  I have been assigned to the task force for two months.  I am also a Deputy Sheriff for the Chilton County, Alabama Sheriff's Department and I have been so employed for six years.

2.    This affidavit is prepared in support of seizure warrants for the following funds:

   a)    Any and all funds maintained in savings account number 88880-0 at Mutual Savings Credit Union (MSCU) of Clanton, Alabama in the name of James C. TALLEY Jr.

3.    The information contained in this affidavit is derived from Confidential Sources, other law enforcement agencies, agents and offices, and my investigation regarding the cocaine distribution activities of James Calvin TALLEY Jr.

4.    On March 22, 2006, Agents from the Chilton County Sheriff's Department's Drug and Violent Crimes Task Force used a reliable confidential source, hereafter referred to as "CS", to arrange for the purchase of cocaine from James TALLEY Jr. The CS has been used in prior drug investigation by the Chilton County Sheriff's Department Task Force and has provided reliable information which has led to the arrest of other drug

traffickers.  At approximately 9:00 p.m., agents provided the CS with an audio recording-transmitter device and $150.00 in Official Government Funds (OGF).  The CS drove to a location on County Road 59 in Chilton County, Alabama, gave James TALLEY Jr. the OGF and received 4 grams of cocaine hydrochloride (powder cocaine).  The CS returned to the designated meeting place and turned the evidence over to agents.

5.  On March 23, 2006, Agents from the Chilton County Sheriff's Department's Drug and Violent Crimes Task Force used the same CS to arrange the purchase of cocaine from James TALLEY Jr. At approximately 9:00 p.m., agents provided CS with an audio recording-transmitter device and $150.00 in Official Government Funds (OGF).  The CS drove to a location on County Road 59 in Chilton County, Alabama, gave James TALLEY Jr. the OGF and received 4 grams of cocaine hydrochloride (powder cocaine).  The CS returned to the designated meeting place and turned the evidence over to agents.

6.  On April 13, 2006, agents from the Chilton County Sheriff's Office went to the residence of James TALLEY Jr., located at 145 County Road 502 Verbena, Chilton County Alabama. At Talley's residence and the agents observed a red Chevrolet

2

truck in the drive.  Agents then observed TALLEY run from the
residence to the passenger door of the Red truck and throw a set
of digital scales in the rear cab of the truck. Agents then
approached TALLEY to question him.

7.  Agents obtained verbal consent to search the truck from
the driver (TALLEY's mother).  During this search, agents
recovered a clear plastic baggie with two corners missing.  Drug
traffickers commonly use clear plastic bags to package drugs for
distribution.  Drug traffickers commonly place the drugs
(cocaine) into the plastic bag and "shake" it to the bottom
corners of the plastic bag.  The drug trafficker will then place
the corner of the plastic into their mouth and cut or bite the
corner off, thus packaging the drug for sale.  Agents also saw
white powder residue on the digital scales.

8.  Agents then received written consent to search Talley's
residence.  During the search, agents seized approximately
$1,100.00 cash as suspected drug proceeds, small clear plastic
Ziploc baggies and documents.  One of the seized documents
showed that James TALLEY Jr. has a saving account at Mutual
Savings Credit Union with a balance of $30,053.54.  Agents also
seized a ledger that contained suspected drug records. Also
seized were documents showing at least one $5,000.00 cash
deposit into the subject's bank account.

3

9.   Agents interviewed James TALLEY Jr. at the residence after advising him of his rights.  During the interview, TALLEY stated that he has distributed cocaine since being released from jail approximately ten months ago.  When questioned regarding the amounts of cocaine he has so distributed, TALLEY stated that he sold half a kilogram of cocaine that he possessed prior to going to jail.  TALLEY further stated that he does not now possess any cocaine.  When questioned about the money in the mutual savings account Talley stated that it was not drug money. Talley also said that he has been working, he was being paid "under the table", and the proceeds from selling the half kilogram of cocaine was used to pay bills. Agents also questioned TALLEY regarding the ledger seized from his residence. TALLEY stated that some of the figures in the ledger indicated how much money he was owed by his drug customers/associates and that some of the figures indicated how much money individuals owed him for personal loans.

10.   The interview continued at the Drug Enforcement Administration (DEA) office in Montgomery, Alabama (Talley was not under arrest).   TALLEY was again advised of his rights and questioned regarding his drug activities.  TALLEY stated that he was released from State incarceration for drug violations on October 31, 2005.  After release, TALLEY retrieved a half kilogram of cocaine that he had buried prior to being incarcerated.  TALLEY

4

stated that he sold the half kilogram and made a profit of $6,000.00 to $7,000.00. Talley was questioned about the ledger seized from his residence. TALLEY identified the initials/abbreviation contained in the ledger as follows: "J.O." = Joey CHILDERS. CHILDERS is a known drug offender in the Chilton County, Alabama area and has a pending drug charge. "C" = Carlos WASHINGTON. WASHINGTON is a known drug offender in the Chilton County, Alabama area and has been arrested for possession of crack cocaine. "D.G." = Greg CHANDLER. CHANDLER is a known drug dealer in the Chilton County, Alabama area and has a pending crack cocaine distribution charge. "P.A." = Darnell BROWN, BROWN is a known drug dealer in the Chilton County, Alabama area, has a prior conviction for cocaine possession and has a pending distribution charge. TALLEY confirmed that the dollar amounts listed by each of these abbreviations are the money owed him for drugs.

11. The criminal history of James Calvin TALLEY shows that he was arrested on January 7, 2004 for Dangerous Drugs/Distribution of controlled substance, Possession of marijuana 2nd and Dangerous Drugs-Possession of Paraphernalia. TALLEY was convicted on all these counts. James TALLEY Jr. is currently on State probation for the above described drug charges.

5

12.  Based on the above, your affiant submits there is probable cause to believe that the funds maintained in the bank account described in paragraph 2, above, are proceeds of Barnes' illegal drug activities and, therefore, subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).


_____
JONATHAN BENSON
DEA TASK FORCE
CHILTON COUNTY SHERIFF OFFICE

6